IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| -vs- | : Criminal No.: 2:00Cr177 |
| FREDRICK JOHNSON | : |

ORDER

AND NOW, to wit, this _____ day of _____, 2005, it is ordered that the Memorandum Order dated July 1, 2005, is vacated and a New Order GRANTING Petitioner his right to file a 28 U.S.C. §2255 Motion to Vacate, is forthwith.

By the Court,

_____
Terrence F. McVerry
District Judge

-5-