UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: December 12, 2005

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

IN RE: USA v. Fred Johnson
WESTERN DIST. OF PA NO. CRIMINAL 00-177
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

\_  One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

X  Actual Record with one certified copy and one uncertified copy of the docket entries.(**documents 1-33 enclosed; remaining documents filed electronically**)

\_  One certified copy of the docket entries to be filed as the Certified List in Lieu of the \_ Supplemental Record.

\_  Actual \_ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
J. Perch
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _PPB_  DATE 12/15/05