IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  )
                          )
     v.                   )     Criminal No.
                          )
                          )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this ___30th___ day of _____May_____, ,
pursuant to the February 11, 2008, Administrative Order
relating to the appointment of counsel in crack amendment
retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC
DEFENDER, 1450 Liberty Center, 1001 Liberty Avenue,
Pittsburgh, Pennsylvania 15222, telephone number (412)
644-6565, is hereby appointed to represent the above-named
individual in all matters pertaining to this action.

PRIMARY COUNSEL:

                              _s/ Terrence F. McVerry _____