United States of America,
-vs-
Fred Johnson

Case number
00-00177-001

( PRO SE )
motion

For New Crack Law

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Honorable Judge

I'm writing in concerns of the crack law. I want to know if I'm eligible. I had wrote you previous to this and you told me to get in touch with the Public Defenders office, which I did and they wrote back appointing me my same trial lawyer Jay Finkelstein and as of now he hasn't wrote me letting me know anything or put any paperwork in with you. I am a Career Offender and they say some Career Offenders will receive a two point reduction. My defense counsel argued a downward departure in that the enhancement for Career Offender over-represents the seriousness of the instant offense, in light of the drug quantities involved in the instant offense, as well as those involved in the previous drug distribution convictions which qualified the defendant as a Career Offender which were 1.23 grams and 2.248 grams of crack and the third one was not even a pound of marijuana and also non violent. I have been in jail for 8 yrs now on a 12½ year sentence and guidelines are advisory and also I'm a user that need drug programs and halfway house

I pray and ask the Judge for consideration

Thank you
Fred Johnson
06964-068
FCI Cumberland