F. Johnson
06961-060
FEDERAL Correctional Institut
POBox 1000
Cumberland, Md, 21501

FEDERAL CORRECTIONAL INSTITUTION
RIDGE ROAD, SE C
CUMBERLAND, MARYLAND 21501
LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FORWARDING TO YOU. THE LETTER HAS
NEITHER BEEN OPENED NOR INSPECTED.

RECEIVED
MAY 23 2008

15219X1906

TERRENCE F. MCVERRY
United States District Judge
US Post Office + Court house
Pittsburgh, PA. 15219

RECEIVED
MAY 30 2008

LEGAL
Mail

USA FIRST-CLASS FOREVER