IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA        )
                                )
            V.                  ) Criminal No. 00-177
                                )
FREDERICK JOHNSON               )
```

**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER
DENYING MR. JOHNSON'S MOTION FOR REDUCTION OF SENTENCE**

AND NOW, comes the defendant, Frederick Johnson, by his attorney, Jay J. Finkelstein, Assistant Federal Public Defender, and respectfully files this Motion for Reconsideration of the Court's Order Denying Mr. Johnson's Motion for Reduction of Sentence.  In support thereof counsel states:

1.    On May 30, 2008, Mr. Johnson filed a <u>pro se</u> motion for reduction of sentence pursuant to Title 18, U.S.C. §3582(c)(2).  Undersigned counsel was appointed to represent Mr. Johnson, and after numerous attempts, counsel was finally able to contact Mr. Johnson.

2.    On June 12, 2008, the government filed a Response in Opposition to the motion for reduction of sentence.

3.   A date later, on June 13, 2008, the Court denied Mr. Johnson's motion.

4.   Based upon counsel's understanding of the developing laws in this area, undersigned counsel requests that the Court reconsider its June 13, 2008 Order and allow counsel an additional 45 days to determine whether to file a supplemental motion on behalf of Mr. Johnson.

     WHEREFORE, for the foregoing reason, Fred Johnson, respectfully asks this Honorable Court to reconsider its order of June 13, 2008 and grant undersigned counsel an additional 45 days within which to file a supplemental motion.

                         Respectfully submitted,


                         **s\ Jay J. Finkelstein**
                         Jay J. Finkelstein
                         Assistant Federal Public Defender
                         Attorney ID No. 42943