```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
          V.                ) Criminal No. 00-177
                            )
FREDERICK JOHNSON           )
```

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2008, upon consideration of the foregoing Motion for Reconsideration of the Court's Order Denying Mr. Johnson's Motion for Reduction of Sentence, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, Granted.

```
                          _____
                          Joy Flowers Conti
                          United States District Judge
```