```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
         V.                   ) Criminal No. 00-177
                              )
FREDERICK JOHNSON             )
```

**ORDER OF COURT**

AND NOW, to-wit, this  17th  day of  June , 2008, with counsel on behalf of Frederick Johnson having appeared and upon consideration of the foregoing Motion for Reconsideration of the Court's Order Denying Mr. Johnson's Motion for Reduction of Sentence, it is hereby ORDERED, that said motion is Granted and this Court's order of June 13, 2008 is hereby suspended until July 31, 2008 within which period counsel for Mr. Johnson may file a supplemental motion or brief on his behalf.

```
                         s/ Terrence F. McVerry
                         _____
                         United States District Judge
```