IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
    V. ) Criminal No. 00-177
)
FREDERICK JOHNSON )

**ORDER OF COURT**

AND NOW, to-wit, this __1st__ day of __August__, 2008, upon consideration of the foregoing Motion to Continue Time to File Supplemental Motion or Brief, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, Granted.  IT IS FURTHER ORDERED that any supplemental motion or brief is due on or before September 2, 2008.

          s/ Terrence F. McVerry
          _____
          Terrence F. McVerry
          United States District Judge