IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            V.                  ) Criminal No. 00-177
                                )
FREDERICK JOHNSON               )

## ORDER OF COURT

AND NOW, to-wit, this _____ day of September, 2008, upon
consideration of the foregoing Motion to Continue Time to
File Supplemental Motion or Brief, it is hereby ORDERED,
ADJUDGED AND DECREED that said motion be, and the same hereby
is, Granted.  IT IS FURTHER ORDERED that any supplemental
motion or brief is due on or before October 2, 2008.


_____
Terrence F. McVerry
United States District Judge