```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       )
                               )
        V.                     ) Criminal No. 00-177
                               )
FREDERICK JOHNSON              )

**ORDER OF COURT**

AND NOW, to-wit, this __3rd__ day of September, 2008, upon consideration of the foregoing Motion to Continue Time to File Supplemental Motion or Brief, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, Granted.  IT IS FURTHER ORDERED that any supplemental motion or brief is due on or before October 2, 2008.


                        s/ Terrence F. McVerry
                        _____
                        Terrence F. McVerry
                        United States District Judge